UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Guy I. Greene,

        Plaintiff,

v.

Tara Osborne-Leivian; Tom Roy; Mark McCarthy; Christian Bennett; Brandon Carlson; Nancy Johnston; Kevin Moser; Katherine Lockie; Emily Piper; Nicole Vaineo; Mary Ward; Margaret Macaulay; Peter Puffer; Paul Mayfield; Courtney Menten; Brian Ninneman; Laurie Severson; Scott Benoit; Steve Sajdak; Jessica Geil; Lori Swanson; Matthew Frank; Kathleen Heaney; James Alsdurf; Randy Gordon; Crystal Leal; Katherine McDowell; Jana Brister-Korby; Rene Diebold; Steve Lydon; Elisa A. Carr; Jacob McChesney; and an unknown number of John Does and Jane Does, sued in their individual and official capacities, et al.,

        Defendants.

Case No. 18-cv-1677-PJS-KMM

ORDER

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Kate Menendez, dated January 23, 2019. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the

Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

IT IS HEREBY ORDERED THAT:

1. This action is DISMISSED WITHOUT PREJUDICE pursuant to Rule 8 of the Federal Rules of Civil Procedure.

2. The application to proceed *in forma pauperis* of plaintiff Guy I. Greene [ECF No. 2] is DENIED AS MOOT.

3. Mr. Greene's motion to amend [ECF No. 10] is DENIED.

4. Mr. Greene's motion for a preliminary injunction [ECF No. 18] is DENIED.

**Let Judgment Be Entered Accordingly.**

Date: 2/19/19       s/Patrick J. Schiltz
                    Patrick J. Schiltz
                    United States District Court Judge